**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **WELLS FARGO BANK, N.A.**, | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **Case No.** |
| | § | |
| **DR. ISSAC CHOI; MICHAEL** | § | |
| **STOCKHAUSEN** | § | |
| | § | |
| **Claimants**. | § | |

**PLAINTIFF WELLS FARGO BANK, N.A.'S COMPLAINT FOR
INTERPLEADER [Fed. R. Civ. P. 22(a)(1)]**

**TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS—HOUSTON DIVISION**

Plaintiff Wells Fargo Bank, N.A. ("Plaintiff" or "Wells Fargo") brings this Complaint for Interpleader against Michael Stockhausen and Dr. Issac Choi (collectively, "Claimants"), alleging as follows:

## INTRODUCTION

1.     Wells Fargo has in its custody and possession $41,721.51 (the "Disputed Funds") to which the Claimants may claim an interest.  The Disputed Funds are presently held in a Wells Fargo account in the name of Michael Stockhausen.  Disputes have arisen between the Claimants as to the rightful ownership of the Disputed Funds.

2.     By this action, Wells Fargo seeks to interplead the Disputed Funds with the Court and extricate itself from Claimants' competing adverse claims.

## PARTIES

3.     Defendant Wells Fargo is a nationally chartered bank and is, and at all times relevant was, a citizen of the state of South Dakota, with its main office in Sioux Falls, South Dakota. *See Rouse v. Wachovia Mort., FSB*, 747 F.3d 707, 715 (9th Cir. 2014) (holding that "Wells

Fargo is a citizen only of South Dakota" because "under § 1348, a national banking association is a citizen only of the state in which its main office is located.")

4.     On information and belief, Defendant Michael Stockhausen is an individual who is a citizen of Florida and resides in Lake Worth, Florida and may be served with process at 5602 Kimberton Way, Lake Worth, Florida 33463.

5.     On information and belief, Defendant Dr. Issac Choi ("Choi") is an individual who is a citizen of Texas and resides in Houston, Texas and may be served with process through his attorney, Nathan Brandimarte, 2935 Toccoa Road, Beaumont, Texas 77703.

## JURISDICTION AND VENUE

6.     The Court has jurisdiction of this interpleader action under the provisions of 28 U.S.C. § 1332(a)(1) because there is complete diversity of citizenship between Wells Fargo and all Claimants.

7.     Venue is proper in this Court under 28 U.S.C. § 1391(a) because this is the district in which a substantial part of the events or omissions giving rise to the claims in this action occurred.  Specifically, Dr. Choi resides in Houston, Texas which is located within this district.

## THE DISPUTED FUNDS

8.     On or about January 14, 2022, Choi wrote check no. 1226 in the amount of $75,000 payable to the "United State Treasury."  The memo line of the check reflected that the check was for Choi's estimated taxes – "1040 ES, 2021" – and also contained Choi's social security number. Choi mailed the check.

9.     On or about January 24, 2022, check no. 1226 in the amount of $75,000 was deposited to Wells Fargo account no. x3702.  The check was made payable to "Roman Anthony Stockhausen." The memo line that read "1040-ES, 2021, [XXX-XX-7817]."[1]

---

[1] The full SSN has been redacted for purposes of this Complaint.

**PLAINTIFF'S ORIGINAL COMPLAINT**                                                    **Page 2**

10.     Account no. x3702 was opened on September 4, 2021 as a joint account in the names of Michael Stockhausen and Roman Stockhausen.  On information and belief Roman Stockhausen is Michael Stockhausen's son.

11.     Funds from check no. 1226 deposited to the Stockhausens' joint account no. x3702 were ultimately transferred to Michael Stockhausen's individual account no. x2196.

12.     On January 30, 2023, Choi filed a Complaint in the District Court of Jefferson County, Texas, Case no. E-211146 against Wells Fargo Bank, N.A. and Roman Anthony Stockhausen, among others, relating to the check Choi wrote that Stockhausen deposited to his joint account with Michael Stockhausen.

13.     As a result of the Complaint, Wells Fargo froze $ 41,721.51 in Michael Stockhausen's individual account no. x2916.

### FIRST CLAIM FOR RELIEF - INTERPLEADER

14.     Wells Fargo re-alleges and incorporates the allegations contained in paragraphs 1 through 13 as if fully set forth herein.

15.     Wells Fargo is in possession of the Disputed Funds.

16.     The Claimants may each claim a right to the Disputed Funds, subjecting Wells Fargo to conflicting demands which Wells Fargo cannot resolve.

17.     Wells Fargo claims no interest in the Disputed Funds.

18.     Wells Fargo has incurred costs and reasonable attorneys' fees relating to this action in an amount to be proved, and may continue to incur fees and costs until the matter is adjudicated with finality as to Wells Fargo's obligations.  The Court may award attorney fees and costs to a disinterested stakeholder, such as Wells Fargo, in an interpleader action.  *Abex Corp. v. Ski's Enterprises, Inc.*, 748 F.2d 513, 516 (9th Cir. 1984.)  Such fee awards are normally paid from the interpleaded fund.  *Schirmer Stevedoring Co., Ltd. v. Seaboard Stevedoring Corp.*, 306 F.2d 188 (9th Cir. 1962).

## PRAYER FOR RELIEF

WHEREFORE, Wells Fargo prays as follows:

(i)    That this Court issue an Order allowing Wells Fargo to deposit the Disputed Funds into the registry of the Court;

(ii)    That this Court issue an Order discharging Wells Fargo, a disinterested stakeholder, from liability, and permanently enjoining Claimants from instituting or pursuing any action against Wells Fargo with regard to the Disputed Funds;

(iii)    That this Court issue an Order awarding Wells Fargo recovery of its costs and expenses associated with this action, including, but not limited to, reasonable attorneys' fees; and,

(iv)    For such further relief as this Court may deem just and proper.

By:    */s/ Brent W. Martinelli*
**BRENT W. MARTINELLI**
State Bar No. 24065081
brent.martinelli@qpwblaw.com
QUINTAIROS, PRIETO, WOOD
& BOYER, P.A.
1700 Pacific Avenue, Suite 4545
Dallas, TX 75201
Telephone: (214) 754-8755

**ATTORNEYS FOR PLAINTIFF**

By:    */s/ Matthew J. Esposito*
**MATTHEW J. ESPOSITO**
State Bar No. 223445
matthew.esposito@stinson.com
STINSON LLP
19100 Von Karman Ave., Suite 700
Irvine, CA 92612
Telephone: (949) 442-711

**ATTORNEYS FOR PLAINTIFF**
(*Pro Hac pending*)